UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**STEVEN BARNHART**  PLAINTIFFS
**TANNER SCHEUERMAN**

v.  CASE NO. 4:21-CV-00003-BSM

**JOSHUAH WALKER and**  DEFENDANTS
**STEPHEN WALKER**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 11th day of May, 2021.

_____
UNITED STATES DISTRICT JUDGE